| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wellness Innovation and Nursing Services, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>See Attachment | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>46-3457078 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br><br>ZIP Code | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Johnson | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 516<br>Stilwell, KS<br>ZIP Code<br>66085 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|---|

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Wellness Innovation and Nursing Services, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) _____ (Name of landlord that obtained judgment) _____ (Address of landlord) ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Wellness Innovation and Nursing Services, Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  /s/ Joanne B. Stutz KS
_____
Signature of Attorney for Debtor(s)

 Joanne B. Stutz KS #12365; MO #30820
Printed Name of Attorney for Debtor(s)

 Evans & Mullinix, P.A.
Firm Name
 7225 Renner Road, Suite 200
 Shawnee, KS 66217

_____
Address

 (913) 962-8700  Fax: (913) 962-8701
_____
Telephone Number

 April 13, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Tracy L Fry
_____
Signature of Authorized Individual
 Tracy L Fry
Printed Name of Authorized Individual
 President/CEO
Title of Authorized Individual
 April 13, 2015
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re     Wellness Innovation and Nursing Services, Inc.    ,     Case No. _____
                                                          Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:
1.      DBA      WINS
2.      DBA      Garden City Grow Well Clinic
3.      DBA      Care WoRx
4.      DBA      John Knox Village Associate Wellness Center
5.      DBA      Olathe Works Well Clinic
6.      FDBA     Wellness Innovations and Nursing Services, LLC
7.      DBA      WINS WoRx
8.      DBA      Live Well Clinic

# United States Bankruptcy Court
## District of Kansas

In re    Wellness Innovation and Nursing Services, Inc.         Case No.                     
                                      Debtor(s)           Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $114,487.00 | 2015 YTD - gross earnings |
| $2,782,708.00 | 2014 - gross earnings |
| $2,844,348.00 | 2013 - gross earnings |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $246,000.00 | 2014 - Sale of Wisconsin & Minnesota contracts & hard assets of computers/medical supplies |

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached | | $0.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Unless otherwise shown in the caption, the listed cases have been filed against Wellness Innovations & Nursing Services, LLC, not the Debtor. | | | |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| IOU Central, Inc vs. Wellness Innovations & Nursing Services, LLC; Case No. 15A303-2 | Collection | Cobb County, Georgia | Pending |
| Quest Diagnositcs Clinical Lab Inc vs Wellness Innovations & Nursing Services, LLC; 15CV00118 | Collection | District Court of Johnson County, KS | Judgment to be entered |
| Willard Grove vs Wellness Innovations & Nursing Services, LLC; 13CV06031 | Collection | District Court of Johnson County, KS | Judgment entered. |
| Dave Winslow vs Wellness Innovations & Nursing Services, LLC; Case No. 13CV07709 | Collection | District Court of Johnson County, KS | Pending |
| Carol Wishy-Durham vs Wellness Innovations & Nursing Services, LLC; Case No. 14CV08147 | Collection | District Court of Johnson County, KS | Pending |
| Royal Credit Union vs Wellness Innovations & Nursing Services, LLC; Cse No. 14CV540 | Collection | Eau Claire County, Wisconsin | Stipulated judgment order being entered. |
| Kimberly Dawn Ehrlich vs. Wellness Innovations & Nursing Services, LLC; Case No. 14LA01702 | Collection | District Court of Johnson County, KS | Dismissed. |
| State of Kansas vs. Wellness Innovations & Nursing Services; Case No. 14TW1951 | Collection | District Court of Johnson County, KS | Tax Warrant issued. |
| 90-OP Prop, LLC vs. Wellness Innovations & Nusing Services and Tracy Fry; Case No. 15LA01457 | Collection | District Court of Johnson County, KS | Judgment entered. |
| Kansas DOR v Wellness Innovations & Nursing; Case No. 15TW00117 | Collection | District Court of Johnson County, Kansas | Tax Warrant and Bank Levy |
| Kansas DOR v Wellness Innovations & Nursing | Collection | District Court of Johnson County, KS | Tax Warrant |
| Sanofi Pasteur v Wellness Innovations & Nursing Services, LLC; 15LA01707 | Collection | District Court of Johnson County, KS | Judgment Entered |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

| None ☐ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| The following are private loan applications to private lendors through a lending association. Upfront fees were required for the applications but the loans never materialized. A police report was filed on one of them. | | |
| $118,313.00 | Fees paid to Fred Terry Loans for Loans which were not made. A refund has not been received but is owed. | 11/1/2014-01/29/2015 |
| $104,000.00 | Fees paid to T. Timothy Thomas, Inc. for Loans which were not made. A refund has not been received but is owed. | 1/12/215 - 2/20/2015 |
| $43,000.00 | Fees paid to FI Protect for Loans which were not made. A refund has not been received but is owed. | 1/1/2015 - 2/20/2015 |

**9. Payments related to debt counseling or bankruptcy**

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Evans and Mullinix PA 7225 Renner Rd Ste 200 Shawnee, KS 66217-3043 | 4/13/2015. Paid by Revere Heathcare Solutions, Inc | $6,500.00 for Bankruptcy fees and costs |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Achieve Wellness LLC<br>903 S Hillcrest Pkwy<br>Altoona, WI 54720<br>    N/A | 6/27/2014 | Sale of Wisconsin & Minnesota contracts & hard assets of computers/medical supplies; $246,000.00 |
| TCA Global Credit Master Fund, LP<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>    Lender | January, 2015 | Assets of the Debtor.  Loan amount was approximately $720,000.00. |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BMO Harris Bank<br>111 West Monroe Street<br>Chicago, IL 60603 | Checking acct. xxx775-4 | $0; 1/31/2014 |
| BMO Harris Bank<br>111 West Monroe Street<br>Chicago, IL 60603 | Checking acct. xxx782-0 | $0; 2/28/2014 |
| Security Financial Bank<br>212 West Prospect St<br>Durand, WI 54736 | Checking acct. xxx2272 | $0; 3/31/2014 |
| Arvest<br>1150 S. Pflumm Road<br>Lenexa, KS 66215 | Checking Account - 4244 - | Overdrawn |
| Arvest<br>1150 S. Pflumm Road<br>Lenexa, KS 66215 | Payroll - 9397 | Overdrawn |

### 12. Safe deposit boxes

**None**
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None**
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None**
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

**None**
□

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 903 S Hillcrest Pkwy Atlanta WI 54720 | Wellness Innovations and Nursing Services, LLC | May 2000 - June 2014 |
| 14425 College, Suite 130, Lenexa, KS 66215 | Wellness Innovations and Nursing Services, LLC; Wellness Innovation and Nursing Services, Inc. | 1/1/2011 - 12-31-2014; 1/1/2015 - 4/1/2015 |

### 16. Spouses and Former Spouses

**None**
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Wellness Innovations & Nursing Svcs, LLC | 20-8050082 | 903 S. Hillcrest Parkway Altoona, WI 54720 | Wellness and worsite clinics (Wisconsin entity) | 5/1/2007 - 12/31/2014 |
| Wellness Innovations & Nursing Svcs, LLC | 20-8050082 | 14425 College Blvd., Ste. 130 Lenexa, KS 66215 | Wellnessand worksite clinics (Wisconsin entity) | 11/11/2011 - 12/31/2013 |
| The DBA's are clinics the Debtor ran | 46-3457078 | | | |
| dba WINS Lenexa KS Office | | 14425 College Blvd, Ste. 130 Lenexa, KS 66215 | Wellness & nursing services | January 1, 2014 - March 13, 2015 |
| dba Garden City Grow Well Clinic | | 302 N Fleming Street, Ste. 2 Garden City, KS 67846 | Wellness & nursing services | January 1, 2011 - March 13, 2015 |
| dba Care WoRx | | 6025 Metcalf Lane Mission, KS 66202 | Wellness & nursing services | April 1, 2014 - March 13, 2015 |
| dba John Knox Village Assc. Wellness Ctr | | 600 NW Murray Road, Ste. 110 Lees Summit, MO 64081 | Wellness & nursing services | February 1, 2011 - March 13, 2015 |
| dba Olathe Works Well Clinic | | 1225 S Hamilton Circle Olathe, KS 66061 | Wellness & nursing services | September 1, 2009 - March 13, 2015 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| WINS Worx Inc | 46-3551080 | 14425 College Blvd, Ste. 130 Lenexa, KS 66215 | | August 2013 - present |
| WINS Eworx, Inc. | 46-3730103 | 14425 College Blvd, Ste. 130 Lenexa, KS 66215 | | August 2013 |
| Well Worx, Inc | 46-3730234 | 14425 College Blvd, Ste. 130 Lenexa, KS 66215 | | August 2013 - present |
| Careworx, LLC | 46-4483668 | 14425 College Blvd, Ste. 130 Lenexa, KS 66215 | | January 2014 - present |
| dba Live Well Clinic | | Lenexa City Hall Lenexa, KS 66219 | Wellness & nursing services | 2/1/2011 - 8/31/2013 |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Renee Roycraft 8901 Renner Road Shawnee, KS 66217 | 8/1/2014 - present |
| Dawn Abbott 1121 SE Cape Drive Lees Summit, MO 64081 | March 2012 - August 2014 |

None
☐      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Jennifer Peak | Business Actualized 6324 N Chatham Ave. Kansas City, MO 64151 | December 2013 - May 2014 |

None
☐      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Tracy Fry | 9007 West 194th Terrace Bucyrus, KS 66013 |

| NAME | ADDRESS |
|------|---------|
| Ken Strough CPA | 7830 State Line Road<br>Prairie Village, KS 66208 |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| TCA Global<br>19950 West Country Club Drive<br>Aventura, FL 33180 | November 2014 |
| Midwest Regional Bank<br>106 W Madison Ave.<br>Kirkwood, MO 63122 | June 2014 |
| ANB Bank<br>15301 West 87th Street Pkwy.<br>Lenexa, KS 66219 | October 2014 |
| Frontier Investment Banking<br>4550 Main Street, Ste. 220<br>Kansas City, MO 64111 | October 2014 |
| Prairie Capital Advisors LLC<br>5115 Roe Blvd, Ste. 100<br>Mission, KS 66205 | November 2014 |
| Clearlake Financial Corp<br>5011 S State Road 7, Ste. 107<br>Fort Lauderdale, FL 33314 | November 2014 |
| Inte Pares Capital LLC<br>222 West Colinas Blvd, Ste. 1650<br>Irving, TX 75039 | June 2014 |
| Titan Capital Partners<br>5645 Coral Ridge Drive, Ste. 138<br>Coral Springs, FL 33076 | September 2014 |
| Spot On Financial<br>422 E Vermija Ste. 210<br>Colorado Springs, CO 80903 | July 2014 |
| CBIZ<br>11440 Tomahawk Circle<br>Leawood, KS 66211 | |

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|--------------------------------------------------------------------|

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|---------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS · · · · · · · · · · · · · NATURE OF INTEREST · · · · · · · · · · · · · PERCENTAGE OF INTEREST

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Tracy L Fry<br>9007 W 194th Terrace<br>Bucyrus, KS 66013 | President & CEO | 80% of voting stock / 8,000 shares |
| Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | Vice President of Sales | 20% of voting stock / 2000 shares |

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME · · · · · · · · · · · · · · · · ADDRESS · · · · · · · · · · · · · · · · DATE OF WITHDRAWAL

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | Vice President and Treasurer | Termination letter was mailed March 13, 2015. Termination is effective 30 days later. |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See Attached | | |

### 24. Tax Consolidation Group.

None ☐  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Wellness Innovations and Nursing Services, LLC - Debtor is not sure if consolidated returns will be filed as the first filing year for the affiliated entities is 2014. | 20-8050082 |

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND
American Funds Group Investment
Payments go to Gregory D. Edwards, DFP
Security Financial Solutions
3430 Oakwood Mall Drive, Suite 200
Eau Claire, WI  54703
Each employee owns its own Plan.

TAXPAYER IDENTIFICATION NUMBER (EIN)
20-8050082; 46-3457078

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    April 13, 2015                                   Signature    /s/ Tracy L Fry
                                                                      Tracy L Fry
                                                                      President/CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| | | Amount | Date | |
|---|---|---|---|---|
| **Elizabeth Engle** | | 610 W Quincy | Pittsburg, KS 66762 | C/o Nancy Cashero |
| | Interest payment | $1,223 | 04/21/2014 | Notes: Loan Bal to Engle as of 3/31/14 was $130,778. During the time period of 4/1/2014 through 3/31/2014, payments totaling $6,223 were made. Another $14,000 was loaned during the same time period. These loan amounts were principle amounts. The total of $150,000 shown due on schedule F includes accrued interest. |
| | Interest payment | $5,000 | 11/07/2014 | |
| | | $6,223 | | |
| **Tracy Fry** | | 9007 W 194th Terrace | Bucyrus, KS 66013 | |
| | Loan Payment | $4,523 | 04/21/2014 | Notes: Loan Bal to Fry as of 3/31/14 was $32,115. During the time period of 4/1/2014 through 3/31/2014, payments totaling $16,023 were made to TFRY, another $33,410 was loaned by Fry during the same time period. Total Loan of $49,502 from Fry is listed on schedule F. Fry did not charge interest. |
| | Loan Payment | $2,500 | 08/02/2014 | |
| | Loan Payment | $1,700 | 12/18/2014 | |
| | Loan Payment | $2,000 | 12/20/2014 | |
| | Loan Payment | $2,500 | 12/31/2014 | |
| | Loan Payment | $2,300 | 01/29/2014 | |
| | Loan Payment | $500 | 02/05/2014 | |
| | | $16,023 | | |
| | Payroll Paid | $130,134 | | Payroll paid 4/1/2014-3/31/2015 |
| **Carol Cox** | | 2250 Quail Road | Prescott, KS 66767 | |
| | Loan Payment | $1,000 | 04/24/2014 | Notes: Loan Bal to Cox prior to 3/31/2014 was $60,925. Loan payments of $51,400 were made during the time period of 4/1/2014 through 3/31/2014. Cox loaned an additonal $22,450 during the same time period. Loan Balance to Cox on schedule F is $31,975. |
| | Loan Payment | $5,000 | 05/09/2014 | |
| | Loan Payment | $5,000 | 08/15/2014 | |
| | Loan Payment | $12,000 | 09/22/2014 | |
| | Loan Payment | $4,700 | 11/17/2014 | |
| | Loan Payment | $23,700 | 12/01/2014 | |
| | | $51,400 | | |
| | Payroll Paid | $76,500 | | Payroll paid 4/1/2014 3/31/2015 |
| **Kevin Fry** | | 314 W McKay | Frontenac, KS 66763 | |
| | Loan Payment | $6,000 | 07/23/2014 | $25,000 loan was due on 5/31/2014. |
| | Loan Payment | $19,000 | 08/29/2014 | |
| **Melvin Thomas** | | 947 Hunterwood Drive | Jasper, TX 75951 | |
| | Interest Payment | $2,154 | 01/02/2015 | Melvin loaned $55,000 to WINS during time period of 4/1/2014-3/31/2015. |

.

In re     Wellness Innovation and Nursing Services, Inc.           ,     Case No.                           
                                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

  0   continuation sheets attached to the Schedule of Real Property                          (Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.        ,    Case No. _____

                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >         0.00
                                                  (Total of this page)

   __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.     ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | WINS WoRx, Inc. | - | Unknown |
| | | WINS EwoRx, Inc. | - | Unknown |
| | | Well WoRx, Inc. | - | Unknown |
| | | Care WoRx, LLC | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivables | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.             ,     Case No. _____

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against ex employees using trademark, copyright, trade secrets and other confidential information | - | Unknown |
| | | Claims against potential lenders (See SOFA Q 8) | - | 265,131.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | WINS | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Contracts / Customer lists | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached as support document. Debtor's computers, office furnishings and supplies may be found at the following locations. The value is estimated and based on a recent purchase offer.<br>302 N. Fleming St., Suite 2, Garden City, KS 67846<br>6025 Metcalf Lane, Overland Park, KS 66202<br>Lees Summit Medical Office Bldg., 600 NW Murray Road, Ste. 110, Lee's Summit, MO 64081<br>1225 S. Hamilton Circle, Olathe, KS 66061 | - | 45,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 310,131.00 |
| (Total of this page) | |

Sheet  \_2\_  of  \_3\_  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re     Wellness Innovation and Nursing Services, Inc.          ,      Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Employment Agreements containing Confidentiality and Non-Competition clauses | - | Unknown |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 310,131.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

.

In re    Wellness Innovation and Nursing Services, Inc.       ,    Case No. _____

                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      □ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
□ 11 U.S.C. §522(b)(2)                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| NONE. | | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.         ,     Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

      If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Liens filed 11/3/2014 - $273,038.05 - ag D'orand 12/16/2014 - $137,368.14 ag LLC | | | | | |
| Creditor #: 1 Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | X | - | Tax lien  All assets of Debtor and Wellness Innovations and Services, LLC | | | | | |
| | | | Value $           310,131.00 | | | | 410,406.19 | 100,275.19 |
| Account No. | | | | | | | | |
| Internal Revenue Service Attn: Insolvency/Advisory Mail Stop 5334 LSM 2850 NE Independence Ave Lees Summit, MO 64064 | | | Representing: Internal Revenue Service | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| US Attorney US Courthouse 500 State Avenue, Rm 360 Kansas City, KS 66101 | | | Representing: Internal Revenue Service | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| US Attorney US Courthouse 400 E 9th   5th Fl Kansas City, MO 64106 | | | Representing: Internal Revenue Service | | | | Notice Only | |
| | | | Value $ | | | | | |

    __2__ continuation sheets attached

Subtotal          410,406.19        100,275.19
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc.        ,    Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | | |
| Creditor #: 2<br>Pacific Capital Companies LLC<br>11620 Wilshire Blvd, 6th Fl<br>Los Angeles, CA 90025 | | - | Computer, Software & copies lease<br><br>All equipment & other personal property | | | | | |
| | | | Value $        Unknown | | | | 28,179.79 | Unknown |
| Account No. | | | | | | | | |
| Pacific Capital<br>PO Box 2149<br>Gig Harbor, WA 98335 | | | Representing:<br>Pacific Capital Companies LLC | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | 9/26/2013 | | | | | |
| Creditor #: 3<br>Pacific Capital Companies, LLC<br>11620 Wilshire Blvd., 6t Floor<br>Los Angeles, CA 90025 | X | - | Financing Lease<br><br>Computer Hardware and software | | | | | |
| | | | Value $        Unknown | | | | 214,303.00 | Unknown |
| Account No. | | | | | | | | |
| Geoff W. Hetley<br>Hetley Law Firm, P.A.<br>103 East Park Street<br>Olathe, KS 66061 | | | Representing:<br>Pacific Capital Companies, LLC | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | 1/27/2015 | | | | | |
| Creditor #: 4<br>TCA Global<br>Robert Press<br>19950 W Country Club Dr #101<br>Aventura, FL 33180 | X | - | Business Loan<br><br>Assets - subject to senior IRS Lien | | | | | |
| | | | Value $        265,131.00 | | | | 720,000.00 | 720,000.00 |

Sheet <u>1</u> of <u>2</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                            Subtotal
                                      (Total of this page)      962,482.79      720,000.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. _____ ,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| David Kahan, P.A. 6420 Contress Ave., Suite 1800 Boca Raton, FL 33487 | | | Representing: TCA Global | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| TCA Global Credit Master Fund Robert Press First Floor 19950 W. Country Club Dr, Miami, FL 33180 | | | Representing: TCA Global | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Oct. 2014 | | | | | |
| Creditor #: 5 True North/Capital Solutions 12751 World Plaza Lane Fort Myers, FL 33907 | - | | Loan All accounts, chattel paperand general intangibles. Amount owed includes approx. $10,000 in fees. | | | | | |
| | | | Value $          Unknown | | | | 115,000.00 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  2   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 115,000.00 | 0.00

Total
(Report on Summary of Schedules) | 1,487,888.98 | 820,275.19

In re     Wellness Innovation and Nursing Services, Inc.              ,    Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re    Wellness Innovation and Nursing Services, Inc.          ,     Case No. _____

                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Jun-14 | | | | | | |
| Creditor #: 1 Ajlina Dikic 15710 W 140 th Terr Olathe, KS 66062 | - | | | employee expense report | | | | | 36.00 | |
| | | | | | | | | 36.00 | | 0.00 |
| Account No. | | | | 3/13/2015 and 3/27/2015 | | | | | | |
| Creditor #: 2 Alan Diehl 15163 W. 132 St. Olathe, KS 66062 | - | | | Wages and Expeses | | | | | 4,424.86 | |
| | | | | | | | | 4,424.86 | | 0.00 |
| Account No. | | | | 3/13/2015 and 3/27/2015 | | | | | | |
| Creditor #: 3 Angela Biegler 15641 W 141st St Olathe, KS 66062 | - | | | | | | | | 787.50 | |
| | | | | | | | | 787.50 | | 0.00 |
| Account No. | | | | Simple Plan ER contributions | | | | | | |
| Creditor #: 4 Barb Schaefer 1206 Nixon Ave Eau Claire, WI 54701 | - | | | | | | | | 0.00 | |
| | | | | | | | | 118.64 | | 118.64 |
| Account No. | | | | Simple Plan ER contributions | | | | | | |
| Creditor #: 5 Betty Adsit 6725 30th Ave Eau Claire, WI 54703 | - | | | | | | | | 0.00 | |
| | | | | | | | | 101.81 | | 101.81 |

Sheet __1__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 5,248.36 |
| (Total of this page) | 5,468.81 | 220.45 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

In re     Wellness Innovation and Nursing Services, Inc.                          ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br>Creditor #: 6<br>Brenda Lamping<br>1924 E. 155th Street<br>Olathe, KS 66062 | | - | | | Simple Plan ER contributions | | | | 2,055.61 | 0.00<br><br>2,055.61 |
| Account No.<br>Creditor #: 7<br>Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | | - | | | 3/13/2015 and 3/27/2015 | | | | 4,500.00 | 4,500.00<br><br>0.00 |
| Account No.<br>Creditor #: 8<br>Cassie Gilmore<br>2815 Harper Street<br>Lawrence, KS 66046 | | - | | | 3/13/2015 and 3/27/2015<br><br>Includes Simple Plan 2015 EE and ER contributions and HSA withholdings | | | | 5,928.60 | 5,928.60<br><br>0.00 |
| Account No.<br>Creditor #: 9<br>Christina Underwood<br>1509 Lawless Street<br>Kansas City, KS 66102 | | - | | | 3/13/2015 and 3/27/2015<br><br>Includes Simple Plan 2015 EE and ER contributions | | | | 3,288.17 | 3,288.17<br><br>0.00 |
| Account No.<br>Creditor #: 10<br>Clint Wolf<br>16289 W. 171st Terrace<br>Olathe, KS 66062 | | - | | | Apr-14<br><br>Employee expense report and Simple Plan ER contributions | | | | 1,007.48 | 1,007.48<br><br>0.00 |

Sheet  2  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 14,724.25
(Total of this page) | 16,779.86 | 2,055.61

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.                         ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CO DEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.** | | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 11 Connie Stewart 14593 W 139th St Olathe, KS 66062 | | - | | Includes Simple Plan 2015 EE and ER contributions | | | | | 1,746.28 |
| | | | | | | | | 1,746.28 | 0.00 |
| **Account No.** | | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 12 Dan Harless 8754 Maple Drive Overland Park, KS 66207 | | - | | Includes Simple Plan 2015 EE and ER contributions | | | | | 9,080.77 |
| | | | | | | | | 9,080.77 | 0.00 |
| **Account No.** | | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 13 Deanna Pritchard Shepherd 400 S. Moonlight Road, Apt 7D Gardner, KS 66030 | | - | | Includes HSA withholdings | | | | | 3,395.00 |
| | | | | | | | | 3,395.00 | 0.00 |
| **Account No.** | | | | Simple Plan ER contributions | | | | | |
| Creditor #: 14 Deborah Prelesnik 22710 Harlow Ave Jordan, MN 55352 | | - | | | | | | | 0.00 |
| | | | | | | | | 82.61 | 82.61 |
| **Account No.** | | | | Nov-14 | | | | | |
| Creditor #: 15 Elaine Hitzelberger 11229 N. Pennsylvania Ave. Kansas City, MO 64155 | | - | | Wages and Expeses | | | | | 3,240.42 |
| | | | | | | | | 3,240.42 | 0.00 |

Sheet __3__ of __11__ continuation sheets attached to            Subtotal            | 17,462.47 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    | 17,545.08 | 82.61 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 16<br>Elizabeth Mundil<br>1019 N Troost Avenue<br>Olathe, KS 66061 | | - | | | | | | 1,216.80 |
| | | | | | | | 1,216.80 | 0.00 |
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 17<br>Geralyn Starr<br>7404 N Tipton Avenue<br>Kansas City, MO 64152 | | - | Includes Simple Plan 2015 EE and ER contributions | | | | | 4,016.36 |
| | | | | | | | 4,016.36 | 0.00 |
| Account No. | | | 3/27/2015 | | | | | |
| Creditor #: 18<br>Gillian Kohlhorst<br>3085 N Towns Rd<br>Garden City, KS 67846 | | - | Wages and Expeses | | | | | 720.00 |
| | | | | | | | 720.00 | 0.00 |
| Account No. | | | Simple Plan 2015 EE and ER contributions | | | | | |
| Creditor #: 19<br>Ginger Vaughn<br>15835 S Bradley Dr<br>Olathe, KS 66062 | | - | | | | | | 0.00 |
| | | | | | | | 2,201.27 | 2,201.27 |
| Account No. | | | 3/13/2015 | | | | | |
| Creditor #: 20<br>Jason Bradford<br>11944 West 95th St, Apt 181<br>Lenexa, KS 66215 | | - | Includes employee expense report | | | | | 307.76 |
| | | | | | | | 307.76 | 0.00 |

Sheet  4  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 6,260.92 | |
|---|---|---|---|
| | (Total of this page) | 8,462.19 | 2,201.27 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.                    ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.<br>Creditor #: 21<br>Julie Longuville<br>4558 North Hwy 61<br>Saint Paul, MN 55110 | - | | | Simple Plan ER contributions | | | | 436.75 | 436.75 | 0.00 |
| Account No.<br>Creditor #: 22<br>Kari Liggett<br>16260 s Brockfield St<br>Olathe, KS 66062 | - | | | 3/13/2015 and 3/27/2015<br><br>Includes Simple Plan 2015 EE and ER contributions and expenses | | | | 8,902.84 | 8,902.84 | 0.00 |
| Account No.<br>Creditor #: 23<br>Karl Zinchak<br>521 Stacey Drive<br>Belton, MO 64012 | - | | | Nov-14<br><br>notice only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>Creditor #: 24<br>Katherine Cunningham<br>5621 Cottonwood Dr.<br>Shawnee, KS 66216 | - | | | 3/13/2015 and 3/27/2015 | | | | 800.80 | 800.80 | 0.00 |
| Account No.<br>Creditor #: 25<br>Krissa Johansen<br>16254 W 157th Terr<br>Olathe, KS 66062 | - | | | 3/13/2015 and 3/27/2015 | | | | 1,070.00 | 1,070.00 | 0.00 |

Sheet  5   of  11   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 11,210.39 | |
|---|---|---|---|
| | (Total of this page) | 11,210.39 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re     Wellness Innovation and Nursing Services, Inc.          ,     Case No. _____

                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Simple Plan ER contributions | | | | | | |
| Creditor #: 26<br>Kyle Welke<br>4224 Heritage Dr<br>Eau Claire, WI 54703 | | - | | | | | 719.49 | 0.00 | 719.49 |
| Account No. | | | Dec-14 | | | | | | |
| Creditor #: 27<br>Lisa Barnes<br>PO Box 1002<br>Syracuse, KS 67878 | | - | employee expense report | | | | 534.81 | 534.81 | 0.00 |
| Account No. | | | Simple Plan ER contributions | | | | | | |
| Creditor #: 28<br>Lori Johnson<br>1708 Taft Ave<br>Eau Claire, WI 54701 | | - | | | | | 30.60 | 0.00 | 30.60 |
| Account No. | | | Simple Plan ER contributions | | | | | | |
| Creditor #: 29<br>Mary Lonsdale<br>1807 Lehman Street<br>Eau Claire, WI 54701 | | - | | | | | 34.58 | 0.00 | 34.58 |
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | | |
| Creditor #: 30<br>Mary Wolarik<br>14635 W. 90th Street<br>Lenexa, KS 66215 | | - | Includes Simple Plan 2015 EE and ER contributions, HSA withholdings and expenses | | | | 7,230.27 | 7,230.27 | 0.00 |

Sheet  6  of  11  continuation sheets attached to               Subtotal          7,765.08
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)     8,549.75        784.67

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re     Wellness Innovation and Nursing Services, Inc.              ,     Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 31 Megan Nelson 1116 W 45th St. Apt 4 Kansas City, MO 64111 | - | | Includes HSA witholdings | | | | | 3,209.62 |
| | | | | | | | 3,209.62 | 0.00 |
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 32 Melissa Herlein 2364 W Elizabeth Street Olathe, KS 66061 | - | | | | | | | 6,720.00 |
| | | | | | | | 6,720.00 | 0.00 |
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 33 Molly Bellinger 915 Cedar Place Eudora, KS 66025 | - | | Wages and Expeses | | | | | 3,072.56 |
| | | | | | | | 3,072.56 | 0.00 |
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 34 Sandra Eggers 3540 Primrose Court Lee's Summit, MO 64064 | - | | | | | | | 1,210.00 |
| | | | | | | | 1,210.00 | 0.00 |
| Account No. | | | 3/13/2015 and 3/27/2015 | | | | | |
| Creditor #: 35 Sara Dougherty 5452 NE Wedgewood Ct Lee's Summit, MO 64064 | - | | Includes Simple Plan 2015 EE and ER contributions | | | | | 9,840.37 |
| | | | | | | | 9,840.37 | 0.00 |

Sheet  7  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 24,052.55 |
| (Total of this page) | 24,052.55 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc. _____ ,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | 3/13/2015 and 3/27/2015 | | | | | | |
| Creditor #: 36 Scott Johnson 885 N Somerset Terrace Apt 203 Olathe, KS 66062 | - | | | | Includes Simple Plan 2015 EE and ER contributions | | | | | 4,820.20 | |
| | | | | | | | | | 4,820.20 | | 0.00 |
| Account No. | | | | | Simple Plan ER contributions | | | | | | |
| Creditor #: 37 Sharon Pellatt S 8220 Todd Road Eau Claire, WI 54701 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 1,071.30 | | 1,071.30 |
| Account No. | | | | | Jun-14 | | | | | | |
| Creditor #: 38 Tammy Bailes 2110 N. Sunflower St. Garden City, KS 67846 | - | | | | expense report | | | | | 0.00 | |
| | | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | 3/13/2015 and 3/27/2015 | | | | | | |
| Creditor #: 39 Tracy Fry 9007 W 194th Terrace Bucyrus, KS 66013 | - | | | | Includes Simple Plan 2015 EE and ER contributions and HSA withholdings | | | | | 36,611.20 | |
| | | | | | | | | | 36,611.20 | | 0.00 |
| Account No. | | | | | 3/13/2015 | | | | | | |
| Creditor #: 40 Tracy Wooten 10203 Wheeling Ave. Kansas City, MO 64134 | - | | | | Includes Simple Plan ER contributions | | | | | 1,583.75 | |
| | | | | | | | | | 1,583.75 | | 0.00 |

Sheet  8  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 43,015.15 | |
|---|---|---|---|
| | (Total of this page) | 44,086.45 | 1,071.30 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re     Wellness Innovation and Nursing Services, Inc.                          ,     Case No. _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Local Employee Withholding Tax | | | | | |
| Creditor #: 41 City of Kansas City, Missouri Revenue Division 414 E. 12th St, Fl 2 Kansas City, MO 64106-2702 | | | - | | | | | | | 0.00 |
| | | | | | | | | | 1,464.09 | 1,464.09 |
| Account No. | | | | | State Unemployment Tax | | | | | |
| Creditor #: 42 Dept of Workforce Development Div of Unemployment Insurance PO Box 8914 Madison, WI 53708 | | | - | | | | | | | 0.00 |
| | | | | | | | | | 16,991.94 | 16,991.94 |
| Account No. | | | | | 2013 - 2014 940 / 941 taxes | | | | | |
| Creditor #: 43 Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | | | - | | | | | | | 0.00 |
| | | | | | | | | | 546,188.10 | 546,188.10 |
| Account No. | | | | | State Unemployment Tax | | | | | |
| Creditor #: 44 Kansas Department of Labor Attn: Legal Services 401 SW Topeka Blvd Topeka, KS 66603-3182 | | | - | | | | | | | 0.00 |
| | | | | | | | | | 12,601.34 | 12,601.34 |
| Account No. | | | | | 2013 - 2014 State Employee Withholding Tax | | | | | |
| Creditor #: 45 Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | X | | - | | | | | | | 0.00 |
| | | | | | | | | | 58,847.42 | 58,847.42 |

Sheet  9   of  11   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 636,092.89 | 636,092.89 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re <u>Wellness Innovation and Nursing Services, Inc.</u> , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Kansas Dept of Administration Attn Director of Acct & Report Landon State Ofc Bldg Rm 351S 900 SW Jackson Topeka, KS 66612 | | | Representing: Kansas Department of Revenue | | | | Notice Only | |
| Account No. | | | State Employee Withholding Tax | | | | | |
| Creditor #: 46 Minnesota Dept of Revenue Income Tax & Withholding Div Mail Station 6501 Saint Paul, MN 55146 | X | - | | | | | 1,054.45 | 0.00 / 1,054.45 |
| Account No. | | | State Unemployment Tax | | | | | |
| Creditor #: 47 Minnesota Unemployment Insur. PO Box 64621 Saint Paul, MN 55164 | | - | | | | | 6.00 | 0.00 / 6.00 |
| Account No. | | | State Employee Withholding Tax | | | | | |
| Creditor #: 48 Missouri Dept of Revenue Taxation Division PO Box 3375 Jefferson City, MO 65105-3375 | X | - | | | | | 10,341.01 | 0.00 / 10,341.01 |
| Account No. | | | State Unemployment Tax | | | | | |
| Creditor #: 49 MO Div of Employment Security PO Box 59 Jefferson City, MO 65104 | | - | | | | | 2,789.64 | 0.00 / 2,789.64 |

Sheet <u>10</u> of <u>11</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 14,191.10 | 14,191.10 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc. _____ ,   Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 50<br>Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708 | X | - | State Employee Withholding Tax | | | | 10,976.26 | 0.00<br>10,976.26 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __11__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 10,976.26 | 10,976.26 |
| Total | 129,739.17 | |
| (Report on Summary of Schedules) | 797,415.33 | 667,676.16 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. _____ , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1<br><br>Creditor #: 1<br>24-7 Telcom<br>P.O. Box 247<br>Downsville, WI 54735 | | - | Jul-14<br>clinic internet service | | | | 112.24 |
| Account No.<br><br>Creditor #: 2<br>90-OP Prop., L.L.C.<br>4520 Main, Suite 1000<br>Kansas City, MO 64111 | | - | various<br>Past due rent/Judgment for College Boulevard office | | | | 48,626.00 |
| Account No.<br><br>Andrew Mendelson<br>Cowing & Mendelson<br>4951 NE Goodview Circle # B<br>Lees Summit, MO 64064 | | | Representing:<br>90-OP Prop., L.L.C. | | | | Notice Only |
| Account No.<br><br>Creditor #: 3<br>Accelacare Occupational Svcs<br>1800 Palace Drive, Suite C<br>Garden City, KS 67846 | | - | various<br>lab testing | | | | 90.00 |

| | | |
|---|---|---|
| __30__ continuation sheets attached | Subtotal<br>(Total of this page) | 48,828.24 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     S/N:24980-150326   Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Loan/Preferred Stock | | | | |
| Creditor #: 4 Achieve Wellness 903 South Hillcrest Altoona, WI 54720 | - | | | | | | | |
| | | | | | | | | 28,000.00 |
| **Account No.** | | | | various waste removal | | | | |
| Creditor #: 5 Advanced Disposal P. O. Box 1460 Eau Claire, WI 54702 | - | | | | | | | |
| | | | | | | | | 417.94 |
| **Account No.** xx-xxxxxx74-01 | | | | Dec-14 Insuarance coverage | | | | |
| Creditor #: 6 AFCO 5600 North River Road Suite 400 Rosemont, IL 60018-5187 | - | | | | | | | |
| | | | | | | | | 9,385.50 |
| **Account No.** | | | | Contracted Physician Services | | | | |
| Creditor #: 7 Alexander Davis, MD 12140 Nall Drive, Suite 305 Leawood, KS 66209 | - | | | | | | | |
| | | | | | | | | 1,290.00 |
| **Account No.** | | | | various computer configuratons | | | | |
| Creditor #: 8 Alexander Open Systems, Inc. 12980 Foster St., Suite 300 Overland Park, KS 66213 | - | | | | | | | |
| | | | | | | | | 22,859.01 |

Sheet no. __1__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  61,952.45

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. _____ ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9<br>Creditor #: 9<br>American Consultants<br>9359 W 75th Street<br>Overland Park, KS 66204 | - | | various<br>background checks | | | | 156.00 |
| Account No.<br>Creditor #: 10<br>American Funds Grp Investment<br>c/o Security Finance Solution<br>3430 Oakwood Mall Drive, #200<br>Eau Claire, WI 54703 | - | | For Notice Purposes Only | | | | 0.00 |
| Account No. 2316<br>Creditor #: 11<br>Americinn-GCity<br>3020 E Kansas Avenue<br>Garden City, KS 67846 | - | | Aug-14<br>room | | | | 94.87 |
| Account No.<br>Creditor #: 12<br>Armstrong Teasdale<br>2345 Grand<br>Suite 1500<br>Kansas City, MO 64108 | - | | various<br>legal | | | | 981.50 |
| Account No.<br>Creditor #: 13<br>Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | - | | Overdraft | | | | 2,295.00 |

Sheet no. __2__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,527.37

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 14 Creditor #: 14 Associates Solutions, Inc. 13228 West 99th St. Lenexa, KS 66215 | - | | | various crm project | | | | 3,225.00 |
| Account No. 15 Creditor #: 15 AT&T PO Box 8100 Aurora, IL 60507-8100 | - | | | various telephone | | | | 660.48 |
| Account No. 16 Creditor #: 16 AT&T Long distance PO Box 5017 Carol Stream, IL 60197-5017 | - | | | various telephone | | | | 78.50 |
| Account No. 17 Creditor #: 17 Athena Health, Inc 311 Arsenal St. Watertown, MA 02472 | - | | | various medical reporting | | | | 16,620.00 |
| Account No. 18 Creditor #: 18 Bank of America PO Box 15284 Wilmington, DE 19850 | - | | | Overdraft | | | | 905.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    21,488.98

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | various accounting | | | | |
| Creditor #: 19 Becky Hamill 11508 Hadley Overland Park, KS 66210 | | - | | | | | | 8,740.00 |
| Account No. | | | | Jul-14 cleaning | | | | |
| Creditor #: 20 Becky Maug Cleaning Inc. W13434 Call Rd Osseo, WI 54758 | | - | | | | | | 209.00 |
| Account No. | | | | Dec-13 room | | | | |
| Creditor #: 21 Best Western - St. Paul 1010 Bandana Blvd. W St. Paul, MN 55108 | | - | | | | | | 227.22 |
| Account No. | | | | Feb-14 employee health insurance | | | | |
| Creditor #: 22 Blue Cross & Blue Shield of KC PO Box 801714 Kansas City, MO 64180-1714 | | - | | | | | | 9,206.12 |
| Account No. xxxxxxxx0001 | | | | various loans to WINS, LLC | | | | |
| Creditor #: 23 BMO Harris Bank N.A. 401 N Executive Drive Brookfield, WI 53005 | X | - | | | | | | 34,000.00 |

Sheet no. __4___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,382.34

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Mar-14 | | | | |
| Creditor #: 24 Burdiss Lettershop 9765 Widmer Rd Lenexa, KS 01260 | - | | sign | | | | 694.97 |
| Account No. | | | Sep-14 | | | | |
| Creditor #: 25 CareerBuilder, LLC. 13047 Collectin Center Drive Chicago, IL 60693-0130 | - | | advertising | | | | 1,675.00 |
| Account No. | | | Loan | | | | |
| Creditor #: 26 Carol Cox 2250 Quail Road Prescott, KS 66767 | - | | | | | | 31,975.00 |
| Account No. | | | Legal dispute with Carol Cox. | | | | |
| Creditor #: 27 Carol Wishy-Durham 2100 Dartmouth Place Dr Wildwood, MO 63011 | - | | | | | X | 25,000.00 |
| Account No. | | | | | | | |
| Matthew L Hoppock Dunn & Davison LLC 1100 Walnut St, Ste. 2900 Kansas City, MO 64106 | | | Representing: Carol Wishy-Durham | | | | Notice Only |

Sheet no. _5_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     59,344.97

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re Wellness Innovation and Nursing Services, Inc. , Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 28 CBIZ 11440 Tomahawk Creek Parkway Leawood, KS 66211 | | - | | Unpaid Commission | | | | 33,000.00 |
| Account No. 29 CBIZ Payroll Services 6655 Wedgwood Road, Ste 140 Maple Grove, MN 55311 | | - | | Payroll Processing Fee | | | | 1,000.00 |
| Account No. 30 Charter Communications 8413 Excelsior Dr Suite 120 Madison, WI 53717 | | - | | Jul-14 internet | | | | 84.07 |
| Account No. 31 Cincinnati Insurance Company PO Box 145620 Cincinnati, OH 45250-5620 | | - | | Dec-14 Insurance | | | | 3,444.00 |
| Account No. 32 City of Altoona 1303 Lynn Avenue PO Box 8 Altoona, WI 54720 | | - | | Jul-14 utilities | | | | 411.23 |

Sheet no. _6_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 37,939.30

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc. _____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | Prepayments for Services not delivered | | | | | | |
| Creditor #: 33 City of Garden City, KS 301 N 8th Street Garden City, KS 67846 | - | | | | | | | 85,000.00 |
| **Account No.** | | various rooms | | | | | | |
| Creditor #: 34 Clarion Inn 1911 E Kansas Ave Garden City, KS 67846 | - | | | | | | | 1,032.82 |
| **Account No.** | | various advertising | | | | | | |
| Creditor #: 35 CMP KC Corp PO Box 643654 Cincinnati, OH 45264-3654 | - | | | | | | | 32,227.00 |
| **Account No.** | | various telephone/internet | | | | | | |
| Creditor #: 36 Consolidted Communications P.O. Box 414500 Kansas City, Mo 64141 | - | | | | | | | 7,337.87 |
| **Account No.** | | various testing | | | | | | |
| Creditor #: 37 Corporate Health-KU Medwest PO Box 958701 St Louis, MO 63195-8701 | - | | | | | | | 383.00 |

Sheet no. __7__ of __30__ sheets attached to Schedule of                      Subtotal                125,980.69
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc.                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | various nurse practioner supervision | | | | |
| Creditor #: 38 Corporate Health-State Avenue PO Box 958701 St Louis, MO 63195-8701 | | - | | | | | | | |
| | | | | | | | | | 10,000.00 |
| Account No. | | | | | 2012 All assets - creditor is unknown. | | | | |
| Creditor #: 39 Corporation Service Company PO Box 2576 Springfield, IL 62708 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Feb-14 professional fees | | | | |
| Creditor #: 40 Credential Consulting Alliance PO Box 12363 Overland Park, KS 66282-2074 | | - | | | | | | | |
| | | | | | | | | | 499.50 |
| Account No. | | | | | Feb-15 water | | | | |
| Creditor #: 41 Culligan of Greater KC PO Box 2170 Olathe, KS 66051-0768 | | - | | | | | | | |
| | | | | | | | | | 29.90 |
| Account No. | | | | | various water | | | | |
| Creditor #: 42 Culligan of Southwest Kansas 1606 Terminal Avenue Garden City, KS 67846 | | - | | | | | | | |
| | | | | | | | | | 249.43 |

Sheet no.  _8_  of  _30_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 10,778.83 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.                                ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 43<br>Creditor #: 43<br>David J Winslow<br>22 East 68th Street<br>Kansas City, MO 64113 | | - | | 2013<br>Employment dispute - claims to be owed $135,000.00, which debtor disputes | | | X | 0.00 |
| Account No.<br>Tracee L Stout<br>Ronald Weiss<br>Berman Deleve Kuchan & Chapman<br>2850 City Ctr Sq, 1100 Main<br>Kansas City, MO 64105 | | | | Representing:<br>David J Winslow | | | | Notice Only |
| Account No.<br>Creditor #: 44<br>Delta Dental of Kansas<br>PO Box 3806<br>Wichita, KS 67201-3806 | | - | | various<br>employee dental ins | | | | 1,952.28 |
| Account No.<br>Creditor #: 45<br>Denise Buck, M.D.<br>6121 Terri Lynn Court<br>St Louis, MO 63123 | | - | | Jul-05<br>collabrative physician fee | | | | 750.00 |
| Account No.<br>Creditor #: 46<br>Detroit Bio Medical<br>23955 Freeway Park<br>Farmington Hills, MI 48335 | | - | | various<br>testing | | | | 3,384.00 |

Sheet no. _9_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  6,086.28

In re   Wellness Innovation and Nursing Services, Inc.                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** 47<br>Creditor #: 47<br>East Jordan Fam Hlth<br>601 Bridge St<br>East Jordan, MI 49727 | - | | various<br>testing | | | | 528.00 |
| **Account No.** 48<br>Creditor #: 48<br>Eau Claire Energy #10599001<br>PO Box 368<br>Fall Creek, WI 54742-0368 | - | | Jun-14<br>electric | | | | 134.92 |
| **Account No.** 49<br>Creditor #: 49<br>Eau Claire Energy #10612001<br>PO Box 368<br>Fall Creek, WI 54742-0368 | - | | Jun-14<br>electric | | | | 114.90 |
| **Account No.** 50<br>Creditor #: 50<br>Eau Claire Printing Company<br>PO Box 245<br>Eau Claire, WI 54702-0245 | - | | Jul-14<br>late chg | | | | 14.24 |
| **Account No.** 51<br>Creditor #: 51<br>Elizabeth Engle<br>c/o Nancy Cashero<br>610 W Quincy Street<br>Pittsburg, KS 66762 | - | | Loan | | | | 150,000.00 |

Sheet no. _10_ of _30_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,792.06

In re   Wellness Innovation and Nursing Services, Inc.                    ,   Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Creditor #: 52<br>eScreen, Inc.<br>PO Box 25902<br>Overland Park, KS 66225 | - | | | various<br>testing | | | | 5,394.00 |
| Account No.<br><br>Creditor #: 53<br>Fast Signs<br>8844 W 95th<br>Overland Park, KS 66212 | - | | | Jun-14<br>sign | | | | 2,362.09 |
| Account No.  xxxxx8692<br><br>Creditor #: 54<br>Fed Ex<br>PO Box 94515<br>Palatine, IL 60094-4515 | - | | | various<br>shipping | | | | 1,204.85 |
| Account No.<br><br>Creditor #: 55<br>FedEx Office<br>P.O. Box 672085<br>Dallas, TX 75267-2085 | - | | | various<br>shipping | | | | 45.04 |
| Account No.<br><br>Creditor #: 56<br>Francotyp-Postalia, Inc.<br>PO Box 4510<br>Carol Stream, IL 60197-4510 | - | | | various<br>postage machine | | | | 325.60 |

| | | |
|---|---|---|
| Sheet no. __11__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 9,331.58 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc.                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 57<br>Creditor #: 57<br>Gates, Shields & Ferguson<br>10990 Quivira, Suite 200<br>Overland Park, KS 66210-1281 | - | | | various<br>legal fees | | | | 40,000.00 |
| Account No. 58<br>Creditor #: 58<br>Gordon N Stowe and Assoc, Inc<br>586 Palwauke Drive<br>Wheeling, IL 60090 | - | | | various<br>equipment calibration | | | | 559.13 |
| Account No. 59<br>Creditor #: 59<br>Grapevine<br>PO Box 414983<br>Kansas City, MO 64141 | - | | | Feb-14<br>brochures business cards | | | | 811.25 |
| Account No. 60<br>Creditor #: 60<br>Hallinan Marketing<br>13900 W. 114 Terrace<br>Lenexa, KS 66215 | - | | | Jun-14<br>media posting | | | | 700.00 |
| Account No. 61<br>Creditor #: 61<br>Holiday Inn Express<br>12070 South Strang Line Road<br>Olathe, KS 66062 | - | | | Oct-13<br>rooms | | | | 833.56 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          42,903.94

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Wellness Innovation and Nursing Services, Inc.                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Jun-14 rugs - notice purposes only | | | | |
| Creditor #: 62 Huebsch PO Box 904 Eau Claire, WI 54702-0904 | | - | | | | | | 0.00 |
| Account No. | | | | Jul-05 insurance | | | | |
| Creditor #: 63 Indianhead Insurance Agency 3806 Oakwood Hills Pkwy; Ste 1 P. O. Box 127 Eau Claire, WI 54702-0127 | | - | | | | | | 11,538.50 |
| Account No. | | | | Jul-13 professional fees | | | | |
| Creditor #: 64 Intellectual Property Center 7101 College Boulevard Suite 1520 Overland Park, KS 66210 | | - | | | | | | 137.50 |
| Account No. | | | | Dec-14 Breathalizers | | | | |
| Creditor #: 65 Intoximeters Incorporated PO Box 798313 St Louis, MO 63179-8000 | | - | | | | | | 525.03 |
| Account No. | | | | 9/25/2013 Debt is in name of Wellness Innovations and Nusring Service, LLC | | | | |
| Creditor #: 66 IOU Central Inc 600 Townpark Lane, Ste. 140 Kennesaw, GA 30144 | X | - | | | | | X | 18,456.90 |

Sheet no. __13__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   30,657.93

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Jeff R Joyce Joyce Childers LLP PO Box 550291 Atlanta, GA 30355 | | | Representing: IOU Central Inc | | | | Notice Only |
| Account No. Creditor #: 67 Jim Fry 9007 West 194th Terrace Bucyrus, KS 66013 | | - | Loan | | | | 70,000.00 |
| Account No. Creditor #: 68 John Knox Village 400 N..W. Murray Road Lees Summit, MO 64081 | | - | Prepayments for Services not delivered | | | | 47,000.00 |
| Account No. Stephen James Husch Blackwell 4801 Main Street, Ste 1000 Kansas City, MO 64112 | | | Representing: John Knox Village | | | | Notice Only |
| Account No. Creditor #: 69 Jon Trenne 10 Muyres Avenue PO Box 4 Carlos, MN 56319 | | - | Apr-14 | | | | 8.65 |

Sheet no. __14__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  117,008.65

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. ,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 70 | | | - | | Jan-15 advertising | | | | |
| Creditor #: 70 Kansas City Business Journal 1100 Main St. Suite 210 Kansas City, Mo 64105-5123 | | | | | | | | | 17,000.00 |
| Account No. 71 | | | - | | Jun-13 uniform logo | | | | |
| Creditor #: 71 Katie & Kompany 211 W. 96th Terr Kansas City, MO 64114 | | | | | | | | | 439.00 |
| Account No. 72 | | | - | | Oct-14 professional fees | | | | |
| Creditor #: 72 Kenneth R. Strough 7830 Stateline Suite 210 Prairie Village, KS 66208 | | | | | | | | | 2,200.00 |
| Account No. 73 | | | - | | Loan | | | | |
| Creditor #: 73 Kimberly D. Ehrlich 8000 Beverly Drive Prairie Village, KS 66208 | | | | | | | | | 33,000.00 |
| Account No. | | | | | | | | | |
| Ellen E O'Leary 13206 W 65th Street Shawnee, KS 66216 | | | | | Representing: Kimberly D. Ehrlich | | | | Notice Only |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  52,639.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc.                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.  Creditor #: 74 Knights of Columbus PO Box 1492 New Haven, CT 06506-1492 | - | | | Jan-15 officers life | | | | 390.75 |
| Account No.  Creditor #: 75 KS State Council of SHRM, Inc PO Box 860531 Shawnee, KS 66286 | - | | | Nov-13 membership fees | | | | 750.00 |
| Account No.  Creditor #: 76 Laboratory Corp of America PO Box 12140 Burlington, NC 27216-2140 | - | | | various testing | | | | 32,567.28 |
| Account No.  Creditor #: 77 Lee's Summit Family Care 600 NW Murray Road Suite 210 Lee's Summit, MO 64081 | - | | | various collabrative physician fees:  $750 to C. Sweeny; $1,500 to M. Smith | | | | 2,250.00 |
| Account No.  Creditor #: 78 Lee's Summit R-7 School Dist 301 NW Tudor Road Lees Summit, MO 64086 | - | | | Prepayments for Services not delivered | | | | 51,500.00 |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       87,458.03

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.       ,    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No.     79 | | | | 12/4/2014 | | | | |
| Creditor #: 79 Loan Me 1900 S State College Anaheim, CA 92806 | X | - | | Debt is in name of Wellness Innovative Nursing & Nursing Services LLC | | | X | 14,000.00 |
| Account No. | | | | Dec-13 | | | | |
| Creditor #: 80 Media Services, LLC PO Box 854 Liberty, MO 64069 | | - | | moving | | | | 25.00 |
| Account No. | | | | 5/19/2014 | | | | |
| Creditor #: 81 Merchant Funding Services 9458 Collins Avenue Surfside, FL 33154 | X | - | | Debt is in name of Wellness Innovations and Nursing Services, LLC. | | | X | 95,000.00 |
| Account No. | | | | | | | | |
| Yellowstone Capital, LLC c/o Merchant Funding Services 9458 Collins Avenue Surfside, FL 33154 | | | | Representing: Merchant Funding Services | | | | Notice Only |
| Account No. | | | | various | | | | |
| Creditor #: 82 MetLife Small Business Center PO Box 804466 Kansas City, MO 64180-4466 | | - | | insurance | | | | 553.01 |

| | | |
|---|---|---|
| Sheet no. __17__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 109,578.01 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.                          ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Jan-14 | | | | |
| Creditor #: 83 Microtel Inn by Wyndham 4210 Highway 52 North West Fro Rochester, MN 55901 | - | | rooms | | | | 70.92 |
| Account No. | | | Aug-14 | | | | |
| Creditor #: 84 Mid America Contract 1400 Iron North Kansas City, MO 64116 | - | | bldg rennovation | | | | 514.00 |
| Account No. | | | March and April, 2015 | | | | |
| Creditor #: 85 Midwest Division - LSH, LLC dba Lee's Summit Medical Ctr Attn: Administration 2000 SE Blue Parkway, Ste 180 Lees Summit, MO 64063 | | | Unpaid rent | | | | 9,262.00 |
| Account No. | | | | | | | |
| Cassidy Turley Attn: Property Manager 5701 W. 119th Street, Ste 215 Leawood, KS 66209 | | | Representing: Midwest Division - LSH, LLC | | | | Notice Only |
| Account No. | | | | | | | |
| HCA, Inc. Attn: VP Real Estate One Park Plaza Nashville, TN 37203 | | | Representing: Midwest Division - LSH, LLC | | | | Notice Only |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,846.92

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc.            ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 86<br>Moore Medical, LLC<br>PO Box 99718<br>Chicago, IL 60696 | - | | various<br>medical supplies | | | | 11,876.62 |
| Account No. 87<br>Nancy Cashero<br>610 W Quincy<br>Pittsburg, KS 66762 | - | | Oct-14<br>Loan/Expenses | | | | 17,339.45 |
| Account No. 88<br>National Registered Agents<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | - | | Feb-15<br>domestic registration | | | | 189.00 |
| Account No. 89<br>New Directions<br>PO Box 87-0195<br>Kansas City, MO 64187-0195 | - | | various<br>employee benefit | | | | 1,410.00 |
| Account No. 90<br>Norfolk Lodge & Suites<br>4200 W Norfolk Avenue<br>Norfolk, NE 68701 | - | | Jan-14<br>rooms | | | | 99.44 |

Sheet no. _19_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      30,914.51

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** 91 | | | - | Feb-15 rent | | | | |
| Creditor #: 91 Oakley Property, LLC 3904 W. 66th Street Prairie Village, KS 66208 | | | | | | | | 13,626.00 |
| **Account No.** 92 | X | | - | 9/21/2014 Debt is in name of Wellness Innovations and Nursing Services, LLC | | | X | |
| Creditor #: 92 On Deck Capital, Inc. 901 North Stuart Street Arlington, VA 22203 | | | | | | | | 33,700.00 |
| **Account No.** 93 | | | - | various medical teseting | | | | |
| Creditor #: 93 Pathology Associates Med Labs PO Box 2720 Spokane, WA 99220-4002 | | | | | | | | 6,455.32 |
| **Account No.** 94 | | | - | various office products | | | | |
| Creditor #: 94 Pay-Less Office Products Inc P O Box 390157 Omaha, NE 68139 | | | | | | | | 3,665.06 |
| **Account No.** 95 | X | | - | 9/25/2014 Debt is in name of Wellness Innovations and Nursing Services, LLC, a Wisconsin Corporation | | | X | |
| Creditor #: 95 Payroll Financing Solutions 31 N Broad Street Ridgewood, NJ 07450 | | | | | | | | Unknown |

Sheet no. __20__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  57,446.38

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re    Wellness Innovation and Nursing Services, Inc.                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 96<br>Creditor #: 96<br>Pearl Capital Rivis Ventures<br>40 Exchange Place 3rd Fl<br>New York, NY 10005 | X | - | December 15, 2014<br>Debt is in name of Wellness Innovative & Nursing Services, LLC | | | X | 13,540.00 |
| Account No.<br>Creditor #: 97<br>Per Mar Security Services<br>P.O. Box 1101<br>Davenport, IA 52805-1101 | | - | Jun-14<br>security expense | | | | 11.27 |
| Account No.<br>Creditor #: 98<br>Pitney Bowes Inc<br>PO Box 856390<br>Louisville, KY 40285-6390 | | - | Jun-14<br>mailing | | | | 29.99 |
| Account No.<br>Creditor #: 99<br>Polsinelli<br>700 W. 47th Street, Suite 1000<br>Kansas City, MO 64112-1802 | | - | Sep-13<br>professional fees | | | | 961.00 |
| Account No.<br>Creditor #: 100<br>PSS World Medical, Inc.<br>12999 Wilfred Lane North<br>Suite 250<br>Rogers, MN 55374-4591 | | - | various<br>medical supplies | | | | 51,190.02 |

Sheet no. _21_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    65,732.28

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc.        ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 101 | | - | | Mar-14 medical supplies | | | | |
| Creditor #: 101 PSS World Medical, Inc. 12999 Wilfred Lane North Suite 250 Rogers, MN 55374-4591 | | | | | | | | 11.34 |
| Account No. 102 | | - | | Jul-14 mailing | | | | |
| Creditor #: 102 Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | | | | | | | 108.99 |
| Account No. 103 | | - | | Apr-14 medical testing | | | | |
| Creditor #: 103 Qqest PO Box 860 Sandy, UT 84091 | | | | | | | | 318.45 |
| Account No. 104 | | - | | Nov-14 recruitment | | | | |
| Creditor #: 104 Qualstaff 6201 College Blvd Ste 200 Overland Park, KS 66211 | | | | | | | | 20,217.60 |
| Account No. 105 | | - | | various medical testing | | | | |
| Creditor #: 105 Quest Diagnostics 12989 Collections Ctr Dr Chicago, IL 60693-0129 | | | | | | | | 1,541.08 |

Sheet no. __22__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      22,197.46

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc.                                ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade payable | | | | |
| Creditor #: 106<br>Quest Diagnostics Clinical Lab<br>3 Giralda Farms<br>Madison, NJ 07940 | - | | | | | | | | 79,667.58 |
| Account No. | | | | | Representing:<br>Quest Diagnostics Clinical Lab | | | | |
| Levy Craig Law Firm<br>Attn: Lawrence Lerner<br>1301 Oak Street, Ste. 500<br>Kansas City, MO 64106 | | | | | | | | | Notice Only |
| Account No. | | | | | Representing:<br>Quest Diagnostics Clinical Lab | | | | |
| Quest Diagnostics<br>P.O. Box 14730<br>St. Louis, MO 63150-4730 | | | | | | | | | Notice Only |
| Account No. | | | | | various<br>office products | | | | |
| Creditor #: 107<br>Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | - | | | | | | | | 5,297.74 |
| Account No. | | | | | Jan-15<br>cloud storage - notice only | | | | |
| Creditor #: 108<br>Rackspace Hosting<br>PO Box 730759<br>Dallas, TX 75373-0759 | - | | | | | | | | 0.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,965.32

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

In re   Wellness Innovation and Nursing Services, Inc.              ,    Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** Creditor #: 109 Recall Total Information Mgmt PO Box 841709 Dallas, TX 75284-1709 | - | | | various secure document destruction | | | | 394.95 |
| **Account No.** Creditor #: 110 Regents of University of CO CU Nursing, Mailstop c288-05 13120 E. 19th Ave Aurora, CO 80045 | - | | | Nov-14 collabrative physician fee | | | | 2,405.00 |
| **Account No.** Creditor #: 111 Rich Van Gelder 5488 20th Avenue Eau Claire, WI 54703 | - | | | Loan | | | | 55,000.00 |
| **Account No.** Creditor #: 112 Ricoh USA-Supplies Ricoh USA, Inc. PO Box 660342 Dallas, TX 75266-0342 | - | | | various copier maintenance & supplies | | | | 3,205.60 |
| **Account No.** Creditor #: 113 Royal Credit Union 200 Riverfront Terrace Eau Claire, WI 54703 | - | | | Trade payable | | | X | 153,360.84 |

Sheet no. __24__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      214,366.39

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Representing: Royal Credit Union | | | | Notice Only |
| Spangler Flory LLP 526 Water Street Eau Claire, WI 54703 | | | | | | | | |
| Account No. 114 | | - | | various medical testing | | | | |
| Creditor #: 114 Sacred Heart Medical PO BOX 3410 Spokane, WA 99220-3410 | | | | | | | | 43.94 |
| Account No. 115 | | - | | various medical supplies | | | | |
| Creditor #: 115 Sanofi Pasteur, Inc 12458 Collections Center Dr Chicago, IL 60693 | | | | | | | | 5,289.75 |
| Account No. | | | | Representing: Sanofi Pasteur, Inc | | | | Notice Only |
| David Kraft & Associates 4110 Baltimore Avenue Kansas City, MO 64111 | | | | | | | | |
| Account No. 116 | | - | | Loan, purchase of stock | | | | |
| Creditor #: 116 Sharon Pellatt SB220 Todd Road Eau Claire, WI 54701 | | | | | | | | 90,500.00 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  95,833.69

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. _____ ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** 117 | | | | Nov-13 | | | | |
| Creditor #: 117 SHRM of SouthWest Kansas PO Box 2401 Garden City, KS 67846 | - | | | membership fees | | | | |
| | | | | | | | | 50.00 |
| **Account No.** 118 | | | | various | | | | |
| Creditor #: 118 Sonora Quest Laboratories 1255 West Washington Street Tempe, AZ 85281 | - | | | medical testing | | | | |
| | | | | | | | | 3,935.85 |
| **Account No.** 119 | | | | various | | | | |
| Creditor #: 119 Standard Insurance Company PO Box 5676 Portland, OR 97228-5676 | - | | | employee benefit | | | | |
| | | | | | | | | 1,939.36 |
| **Account No.** 120 | | | | various | | | | |
| Creditor #: 120 Stericycle, INC. P.O. Box 6575 Carol Stream, IL 60197-6575 | - | | | medical waste disposal | | | | |
| | | | | | | | | 538.88 |
| **Account No.** 121 | | | | various | | | | |
| Creditor #: 121 Surency Life and Health PO Box 843810 Kansas City, MO 64184-3810 | - | | | employee benefits | | | | |
| | | | | | | | | 677.44 |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,141.53

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc.                    ,    Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Contracted Dietition Services | | | | |
| Creditor #: 122 Tara Reichman 14437 East Amelia Drive Villard, MN 56385 | - | | | | | | | | 3,256.00 |
| Account No. | | | | | January 2015 Loan | | | | |
| Creditor #: 123 TCA Global 19950 W Country Club Dr #101 Aventura, FL 33180 | - | | | | | | | | 712,000.00 |
| Account No. | | | | | Aug-14 clinic furniture | | | | |
| Creditor #: 124 Team Office 316 Southwest Blvd. Kansas City, MO 64108 | - | | | | | | | | 2,685.37 |
| Account No. | | | | | Loan | | | | |
| Creditor #: 125 Teresa Van Gelder 5488 20th Avenue Eau Claire, WI 54703 | - | | | | | | | | 215,210.00 |
| Account No. | | | | | Feb-15 Loan | | | | |
| Creditor #: 126 Todd P & Laurie Mendon 3904 W 66th Street Prairie Village, KS 66208 | - | | | | | | | | 24,750.00 |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                957,901.37

In re  Wellness Innovation and Nursing Services, Inc. _____,  Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan | | | | |
| Creditor #: 127 Tolly Gore 1703 Heritage Road Pittsburg, KS 66762 | - | | | | | | | |
| | | | | | | | | 102,600.00 |
| Account No. | | | | May-14 Loan | | | | |
| Creditor #: 128 Tracy Fry 9007 West 194th Terrace Bucyrus, KS 66013 | - | | | | | | | |
| | | | | | | | | 49,502.00 |
| Account No. | | | | Feb-14 For Notice Purposes Only | | | | |
| Creditor #: 129 Trinity Medical Group Attn: Brenda Weber-Fiscal Dept PO Box 5020 Minot, ND 58702 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | various clinic supplies | | | | |
| Creditor #: 130 ULINE PO Box 88741 Attn: Accounts Receivable Chicago, IL 60680-1741 | - | | | | | | | |
| | | | | | | | | 363.33 |
| Account No. | | | | For Notice Purposes Only | | | | |
| Creditor #: 131 UMB HSA Processing PO Box 219531 Kansas City, MO 64121-9531 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __28__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    152,465.33

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. _____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 132 | | - | | various employee uniforms | | | | |
| Creditor #: 132 Uniforms & More 1156 W. 103rd St. Kansas City, MO 64114 | | | | | | | | 382.34 |
| Account No. 133 | | - | | May-14 medical supplies | | | | |
| Creditor #: 133 Value Center Pharmacy 2157 Eastridge Center Eau Claire, WI 54701 | | | | | | | | 468.00 |
| Account No. 134 | | - | | various telephone service | | | | |
| Creditor #: 134 Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | | | | 53,365.00 |
| Account No. 135 | | - | | Loan/Preferred Stock | | | | |
| Creditor #: 135 Vince VanBecelelere 1001 South Rouse Street Pittsburg, KS 66762 | | | | | | | | 50,000.00 |
| Account No. 136 | | - | | various equipment lease | | | | |
| Creditor #: 136 Wells Fargo Financial Leasing PO Box 6434 Carol Stream, IL 60197-6434 | | | | | | | | 4,939.05 |

Sheet no. __29__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,154.39

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  Wellness Innovation and Nursing Services, Inc. ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 137 | | | various computer services | | | | |
| Creditor #: 137 Wellsource, Inc PO Box 569 Clackamas, OR 97015 | | - | | | | | 17,736.26 |
| Account No. 138 | | | Services provided | | | | |
| Creditor #: 138 Willard Grove 6532 Charlotte Kansas City, MO 64131 | | - | | | | | 11,500.00 |
| Account No. | | | Representing: Willard Grove | | | | |
| Tracee L Stout Ronald Weiss Berman Deleve Kuchan & Chapman 2850 City Ctr Sq, 1100 Main Kansas City, MO 64105 | | | | | | | Notice Only |
| Account No. 139 | | | Jun-13 clinic chairs | | | | |
| Creditor #: 139 Worthington Direct 6301 Gaston Ave Suite #670 P.O. Box 140038 Dallas, TX 75214-0038 | | - | | | | | 1,303.82 |
| Account No. 140 | | | Jun-13 advertising | | | | |
| Creditor #: 140 Yellow Pages United PO Box 53282 Atlanta, GA 30355 | | - | | | | | 396.00 |

| Sheet no. 30 of 30 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 30,936.08 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,867,580.30 |

.

In re     Wellness Innovation and Nursing Services, Inc.     ,      Case No. _____

                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 96-OP Prop., L.L.C.<br>4520 Main, Suite 1000<br>Kansas City, MO 64111 | Lease for vacated property on College Blvd. |
| Approximately 51 employees | Employment Agreements with Confidentiality and Non-Competition clauses |
| John Knox Village<br>400 N..W. Murray Road<br>Lees Summit, MO 64081 | Master Services agreement dated January 1, 2015 for services to December 31, 2018.  Contract has terminated. |
| Lee's Summit R-7 School Dist<br>301 NE Tudor Road<br>Lees Summit, MO 64086 | Master Services Agreement dated August 1, 2014, for services through Jule 30, 2019.  Contract has terminated. |
| Midwest Division - LSH, LLC<br>dba Lee's Summit Medical Ctr<br>Attn:  Matthew Sogard<br>600 NW Murray Road,<br>Lees Summit, MO 64081 | Two leases for 600 NW Murray Road, Suite 103, Lee's Summit, MO  64081. |
| Oakley Property, LLC<br>3904 W. 66th Street<br>Prairie Village, KS 66208 | Lease with Care WoRx, LLC dated February 10, 2014, for 6025 Metcalf Lane, Overland Park, KS.  5 year lease. |
| Ricoh<br>70 Valley Stream Parkway<br>Malvern, PA 19355 | Leased copiers/FAX machines located at 14425 College Blvd, Ste. 130, Lenexa, KS 66215 |
| The City of Garden City, KS<br>301 N. 8th Street<br>Garden City, KS 67846 | Master Services Agreement dated November 1, 2011.  Initial period expired November 30, 2014 but was extended to November 30, 2016, on July 29, 2014.  Agreement has been terminated. |
| Wells Fargo Leasing<br>MACN005-055<br>800 Walnut Street<br>Des Moines, IA 50309-3605 | Leasd copier/FAX machines located at 14425 College Blvd, Ste. 130, Lenexa KS 66215 |

  0

_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Wellness Innovation and Nursing Services, Inc.                              , Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 |
| Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | Missouri Dept of Revenue<br>Taxation Division<br>PO Box 3375<br>Jefferson City, MO 65105-3375 |
| Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708 |
| Carol Cox<br>2250 Quail Road<br>Prescott, KS 66767 | Minnesota Dept of Revenue<br>Income Tax & Withholding Div<br>Mail Station 6501<br>Saint Paul, MN 55146 |
| Tracy and Jim Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | TCA Global<br>Robert Press<br>19950 W Country Club Dr #101<br>Aventura, FL 33180 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Missouri Dept of Revenue<br>Taxation Division<br>PO Box 3375<br>Jefferson City, MO 65105-3375 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708 |

1
___ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re     Wellness Innovation and Nursing Services, Inc.           ,     Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Minnesota Dept of Revenue<br>Income Tax & Withholding Div<br>Mail Station 6501<br>Saint Paul, MN 55146 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Loan Me<br>1900 S State College<br>Anaheim, CA 92806 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Payroll Financing Solutions<br>31 N Broad Street<br>Ridgewood, NJ 07450 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | IOU Central Inc<br>600 Townpark Lane, Ste. 140<br>Kennesaw, GA 30144 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | On Deck Capital, Inc.<br>901 North Stuart Street<br>Arlington, VA 22203 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Pearl Capital Rivis Ventures<br>40 Exchange Place 3rd Fl<br>New York, NY 10005 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Pacific Capital Companies, LLC<br>11620 Wilshire Blvd., 6t Floor<br>Los Angeles, CA 90025 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | Merchant Funding Services<br>9458 Collins Avenue<br>Surfside, FL 33154 |
| Tracy Fry<br>9007 West 194th Terrace<br>Bucyrus, KS 66013 | BMO Harris Bank N.A.<br>401 N Executive Drive<br>Brookfield, WI 53005 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1     Tracy L Fry

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter
   13 income as of the following date:
   _____
   MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                        12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your
spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed,
attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need
more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Official Form B 6I                              Schedule I: Your Income

Debtor 1  Wellness Innovation and Nursing Services, Inc. _____    Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .................................................. | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.**  Add line 7 + line 9.   10.   $ 0.00  +  $ 0.00  =  $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies.   12.   $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒  No.
☐  Yes. Explain: _____

Case 15-20719    Doc# 1    Filed 04/14/15    Page 73 of 103

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Tracy L Fry |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                                12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | Your expenses |
|---|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ _____ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ _____ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 0.00 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | 0.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 0.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income_. | 23c. | $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain: _____

# United States Bankruptcy Court
## District of Kansas

In re  Wellness Innovation and Nursing Services, Inc.                    Case No.
                                                    Debtor(s)        Chapter    7

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | 0.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

    DESCRIPTION                            TOTAL

21. Other (Specify):

    DESCRIPTION                            TOTAL

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 0.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 0.00 |

# United States Bankruptcy Court
## District of Kansas

In re    Wellness Innovation and Nursing Services, Inc.        ,      Case No. _____

                                          Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 310,131.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,487,888.98 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 12 | | 797,415.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 2,867,580.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 59 | | | |
| Total Assets | | | 310,131.00 | | |
| Total Liabilities | | | | 5,152,884.61 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re    Wellness Innovation and Nursing Services, Inc.          ,     Case No. _____

                                   Debtor

Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re    Wellness Innovation and Nursing Services, Inc.          Case No. _____
                                    Debtor(s)         Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President/CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___61___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 13, 2015                     Signature    /s/ Tracy L Fry
                                                    Tracy L Fry
                                                    President/CEO

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   Wellness Innovation and Nursing Services, Inc.      Case No.
                                             Debtor(s)      Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 6,500.00 |
| Prior to the filing of this statement I have received | $ | 6,500.00 |
| Balance Due | $ | 0.00 |

2. $   1,717.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):     Revere Partners, LLC

4. The source of compensation to be paid to me is:

     ☐ Debtor     ■ Other (specify):     Revere Partners, LLC

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    April 13, 2015                  /s/ Joanne B. Stutz KS
                                             Joanne B. Stutz KS #12365; MO #30820
                                             Evans & Mullinix, P.A.
                                             7225 Renner Road, Suite 200
                                             Shawnee, KS 66217
                                             (913) 962-8700   Fax: (913) 962-8701

24-7 Telcom
P.O. Box 247
Downsville WI 54735


90-OP Prop., L.L.C.
4520 Main, Suite 1000
Kansas City MO 64111


96-OP Prop., L.L.C.
4520 Main, Suite 1000
Kansas City MO 64111


Accelacare Occupational Svcs
1800 Palace Drive, Suite C
Garden City KS 67846


Achieve Wellness
903 South Hillcrest
Altoona WI 54720


Advanced Disposal
P. O. Box 1460
Eau Claire WI 54702


AFCO
5600 North River Road
Suite 400
Rosemont IL 60018-5187


Ajlina Dikic
15710 W 140 th Terr
Olathe KS 66062


Alan Diehl
15163 W. 132 St.
Olathe KS 66062


Alexander Davis, MD
12140 Nall Drive, Suite 305
Leawood KS 66209


Alexander Open Systems, Inc.
12980 Foster St., Suite 300
Overland Park KS 66213

American Consultants
9359 W 75th Street
Overland Park KS 66204


American Funds Grp Investment
c/o Security Finance Solution
3430 Oakwood Mall Drive, #200
Eau Claire WI 54703


Americinn-GCity
3020 E Kansas Avenue
Garden City KS 67846


Andrew Mendelson
Cowing & Mendelson
4951 NE Goodview Circle # B
Lees Summit MO 64064


Angela Biegler
15641 W 141st St
Olathe KS 66062


Armstrong Teasdale
2345 Grand
Suite 1500
Kansas City MO 64108


Arvest Bank
PO Box 1670
Lowell AR 72745


Associates Solutions, Inc.
13228 West 99th St.
Lenexa KS 66215


AT&T
PO Box 8100
Aurora IL 60507-8100


AT&T Long distance
PO Box 5017
Carol Stream IL 60197-5017

Athena Health, Inc
311 Arsenal St.
Watertown MA 02472


Bank of America
PO Box 15284
Wilmington DE 19850


Barb Schaefer
1206 Nixon Ave
Eau Claire WI 54701


Becky Hamill
11508 Hadley
Overland Park KS 66210


Becky Maug Cleaning Inc.
W13434 Call Rd
Osseo WI 54758


Best Western - St. Paul
1010 Bandana Blvd. W
St. Paul MN 55108


Betty Adsit
6725 30th Ave
Eau Claire WI 54703


Blue Cross & Blue Shield of KC
PO Box 801714
Kansas City MO 64180-1714


BMO Harris Bank N.A.
401 N Executive Drive
Brookfield WI 53005


Brenda Lamping
1924 E. 155th Street
Olathe KS 66062


Burdiss Lettershop
9765 Widmer Rd
Lenexa KS 01260

CareerBuilder, LLC.
13047 Collectin Center Drive
Chicago IL 60693-0130


Carol Cox
2250 Quail Road
Prescott KS 66767


Carol Wishy-Durham
2100 Dartmouth Place Dr
Wildwood MO 63011


Cassidy Turley
Attn: Property Manager
5701 W. 119th Street, Ste 215
Leawood KS 66209


Cassie Gilmore
2815 Harper Street
Lawrence KS 66046


CBIZ
11440 Tomahawk Creek Parkway
Leawood KS 66211


CBIZ Payroll Services
6655 Wedgwood Road, Ste 140
Maple Grove MN 55311


Charter Communications
8413 Excelsior Dr
Suite 120
Madison WI 53717


Christina Underwood
1509 Lawless Street
Kansas City KS 66102


Cincinnati Insurance Company
PO Box 145620
Cincinnati OH 45250-5620

City of Altoona
1303 Lynn Avenue
PO Box 8
Altoona WI 54720


City of Garden City, KS
301 N 8th Street
Garden City KS 67846


City of Kansas City, Missouri
Revenue Division
414 E. 12th St, Fl 2
Kansas City MO 64106-2702


Clarion Inn
1911 E Kansas Ave
Garden City KS 67846


Clint Wolf
16289 W. 171st Terrace
Olathe KS 66062


CMP KC Corp
PO Box 643654
Cincinnati OH 45264-3654


Connie Stewart
14593 W 139th St
Olathe KS 66062


Consolidted Communications
P.O. Box 414500
Kansas City Mo 64141


Corporate Health-KU Medwest
PO Box 958701
St Louis MO 63195-8701


Corporate Health-State Avenue
PO Box 958701
St Louis MO 63195-8701


Corporation Service Company
PO Box 2576
Springfield IL 62708

Credential Consulting Alliance
PO Box 12363
Overland Park KS 66282-2074


Culligan of Greater KC
PO Box 2170
Olathe KS 66051-0768


Culligan of Southwest Kansas
1606 Terminal Avenue
Garden City KS 67846


Dan Harless
8754 Maple Drive
Overland Park KS 66207


David J Winslow
22 East 68th Street
Kansas City MO 64113


David Kahan, P.A.
6420 Contress Ave., Suite 1800
Boca Raton FL 33487


David Kraft & Associates
4110 Baltimore Avenue
Kansas City MO 64111


Deanna Pritchard Shepherd
400 S. Moonlight Road, Apt 7D
Gardner KS 66030


Deborah Prelesnik
22710 Harlow Ave
Jordan MN 55352


Delta Dental of Kansas
PO Box 3806
Wichita KS 67201-3806


Denise Buck, M.D.
6121 Terri Lynn Court
St Louis MO 63123

```
Dept of Workforce Development
Div of Unemployment Insurance
PO Box 8914
Madison WI 53708


Detroit Bio Medical
23955 Freeway Park
Farmington Hills MI 48335


East Jordan Fam Hlth
601 Bridge St
East Jordan MI 49727


Eau Claire Energy #10599001
PO Box 368
Fall Creek WI 54742-0368


Eau Claire Energy #10612001
PO Box 368
Fall Creek WI 54742-0368


Eau Claire Printing Company
PO Box 245
Eau Claire WI 54702-0245


Elaine Hitzelberger
11229 N. Pennsylvania Ave.
Kansas City MO 64155


Elizabeth Engle
c/o Nancy Cashero
610 W Quincy Street
Pittsburg KS 66762


Elizabeth Mundil
1019 N Troost Avenue
Olathe KS 66061


Ellen E O'Leary
13206 W 65th Street
Shawnee KS 66216


eScreen, Inc.
PO Box 25902
Overland Park KS 66225
```

Fast Signs
8844 W 95th
Overland Park KS 66212


Fed Ex
PO Box 94515
Palatine IL 60094-4515


FedEx Office
P.O. Box 672085
Dallas TX 75267-2085


Francotyp-Postalia, Inc.
PO Box 4510
Carol Stream IL 60197-4510


Gates, Shields & Ferguson
10990 Quivira, Suite 200
Overland Park KS 66210-1281


Geoff W. Hetley
Hetley Law Firm, P.A.
103 East Park Street
Olathe KS 66061


Geralyn Starr
7404 N Tipton Avenue
Kansas City MO 64152


Gillian Kohlhorst
3085 N Towns Rd
Garden City KS 67846


Ginger Vaughn
15835 S Bradley Dr
Olathe KS 66062


Gordon N Stowe and Assoc, Inc
586 Palwauke Drive
Wheeling IL 60090


Grapevine
PO Box 414983
Kansas City MO 64141

```
Hallinan Marketing
13900 W. 114 Terrace
Lenexa KS 66215


HCA, Inc.
Attn: VP Real Estate
One Park Plaza
Nashville TN 37203


Holiday Inn Express
12070 South Strang Line Road
Olathe KS 66062


Huebsch
PO Box 904
Eau Claire WI 54702-0904


Indianhead Insurance Agency
3806 Oakwood Hills Pkwy; Ste 1
P. O. Box 127
Eau Claire WI 54702-0127


Intellectual Property Center
7101 College Boulevard
Suite 1520
Overland Park KS 66210


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit MO 64064


Intoximeters Incorporated
PO Box 798313
St Louis MO 63179-8000


IOU Central Inc
600 Townpark Lane, Ste. 140
Kennesaw GA 30144
```

Jason Bradford
11944 West 95th St, Apt 181
Lenexa KS 66215


Jeff R Joyce
Joyce Childers LLP
PO Box 550291
Atlanta GA 30355


Jim Fry
9007 West 194th Terrace
Bucyrus KS 66013


John Knox Village
400 N..W. Murray Road
Lees Summit MO 64081


Jon Trenne
10 Muyres Avenue
PO Box 4
Carlos MN 56319


Julie Longuville
4558 North Hwy 61
Saint Paul MN 55110


Kansas City Business Journal
1100 Main St. Suite 210
Kansas City Mo 64105-5123


Kansas Department of Labor
Attn: Legal Services
401 SW Topeka Blvd
Topeka KS 66603-3182


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Dept of Administration
Attn Director of Acct & Report
Landon State Ofc Bldg Rm 351S
900 SW Jackson
Topeka KS 66612

Kari Liggett
16260 s Brockfield St
Olathe KS 66062


Karl Zinchak
521 Stacey Drive
Belton MO 64012


Katherine Cunningham
5621 Cottonwood Dr.
Shawnee KS 66216


Katie & Kompany
211 W. 96th Terr
Kansas City MO 64114


Kenneth R. Strough
7830 Stateline Suite 210
Prairie Village KS 66208


Kimberly D. Ehrlich
8000 Beverly Drive
Prairie Village KS 66208


Knights of Columbus
PO Box 1492
New Haven CT 06506-1492


Krissa Johansen
16254 W 157th Terr
Olathe KS 66062


KS State Council of SHRM, Inc
PO Box 860531
Shawnee KS 66286


Kyle Welke
4224 Heritage Dr
Eau Claire WI 54703


Laboratory Corp of America
PO Box 12140
Burlington NC 27216-2140

Lee's Summit Family Care
600 NW Murray Road
Suite 210
Lee's Summit MO 64081


Lee's Summit R-7 School Dist
301 NW Tudor Road
Lees Summit MO 64086


Levy Craig Law Firm
Attn: Lawrence Lerner
1301 Oak Street, Ste. 500
Kansas City MO 64106


Lisa Barnes
PO Box 1002
Syracuse KS 67878


Loan Me
1900 S State College
Anaheim CA 92806


Lori Johnson
1708 Taft Ave
Eau Claire WI 54701


Mary Lonsdale
1807 Lehman Street
Eau Claire WI 54701


Mary Wolarik
14635 W. 90th Street
Lenexa KS 66215


Matthew L Hoppock
Dunn & Davison LLC
1100 Walnut St, Ste. 2900
Kansas City MO 64106


Media Services, LLC
PO Box 854
Liberty MO 64069

Megan Nelson
1116 W 45th St. Apt 4
Kansas City MO 64111


Melissa Herlein
2364 W Elizabeth Street
Olathe KS 66061


Merchant Funding Services
9458 Collins Avenue
Surfside FL 33154


MetLife Small Business Center
PO Box 804466
Kansas City MO 64180-4466


Microtel Inn by Wyndham
4210 Highway 52 North West Fro
Rochester MN 55901


Mid America Contract
1400 Iron
North Kansas City MO 64116


Midwest Division - LSH, LLC
dba Lee's Summit Medical Ctr
Attn:  Administration
2000 SE Blue Parkway, Ste 180
Lees Summit MO 64063


Midwest Division - LSH, LLC
dba Lee's Summit Medical Ctr
Attn:  Matthew Sogard
600 NW Murray Road,
Lees Summit MO 64081


Minnesota Dept of Revenue
Income Tax & Withholding Div
Mail Station 6501
Saint Paul MN 55146


Minnesota Unemployment Insur.
PO Box 64621
Saint Paul MN 55164

Missouri Dept of Revenue
Taxation Division
PO Box 3375
Jefferson City MO 65105-3375


MO Div of Employment Security
PO Box 59
Jefferson City MO 65104


Molly Bellinger
915 Cedar Place
Eudora KS 66025


Moore Medical, LLC
PO Box 99718
Chicago IL 60696


Nancy Cashero
610 W Quincy
Pittsburg KS 66762


National Registered Agents
PO Box 4349
Carol Stream IL 60197-4349


New Directions
PO Box 87-0195
Kansas City MO 64187-0195


Norfolk Lodge & Suites
4200 W Norfolk Avenue
Norfolk NE 68701


Oakley Property, LLC
3904 W. 66th Street
Prairie Village KS 66208


On Deck Capital, Inc.
901 North Stuart Street
Arlington VA 22203


Pacific Capital
PO Box 2149
Gig Harbor WA 98335

Pacific Capital Companies LLC
11620 Wilshire Blvd, 6th Fl
Los Angeles CA 90025


Pacific Capital Companies, LLC
11620 Wilshire Blvd., 6t Floor
Los Angeles CA 90025


Pathology Associates Med Labs
PO Box 2720
Spokane WA 99220-4002


Pay-Less Office Products Inc
P O Box 390157
Omaha NE 68139


Payroll Financing Solutions
31 N Broad Street
Ridgewood NJ 07450


Pearl Capital Rivis Ventures
40 Exchange Place 3rd Fl
New York NY 10005


Per Mar Security Services
P.O. Box 1101
Davenport IA 52805-1101


Pitney Bowes Inc
PO Box 856390
Louisville KY 40285-6390


Polsinelli
700 W. 47th Street, Suite 1000
Kansas City MO 64112-1802


PSS World Medical, Inc.
12999 Wilfred Lane North
Suite 250
Rogers MN 55374-4591


Purchase Power
P.O. Box 371874
Pittsburgh PA 15250-7874

```
Qqest
PO Box 860
Sandy UT 84091


Qualstaff
6201 College Blvd
Ste 200
Overland Park KS 66211


Quest Diagnostics
12989 Collections Ctr Dr
Chicago IL 60693-0129


Quest Diagnostics
P.O. Box 14730
St. Louis MO 63150-4730


Quest Diagnostics Clinical Lab
3 Giralda Farms
Madison NJ 07940


Quill
PO Box 37600
Philadelphia PA 19101-0600


Rackspace Hosting
PO Box 730759
Dallas TX 75373-0759


Recall Total Information Mgmt
PO Box 841709
Dallas TX 75284-1709


Regents of University of CO
CU Nursing, Mailstop c288-05
13120 E. 19th Ave
Aurora CO 80045


Rich Van Gelder
5488 20th Avenue
Eau Claire WI 54703


Ricoh
70 Valley Stream Parkway
Malvern PA 19355
```

Ricoh USA-Supplies
Ricoh USA, Inc.
PO Box 660342
Dallas TX 75266-0342


Royal Credit Union
200 Riverfront Terrace
Eau Claire WI 54703


Sacred Heart Medical
PO BOX 3410
Spokane WA 99220-3410


Sandra Eggers
3540 Primrose Court
Lee's Summit MO 64064


Sanofi Pasteur, Inc
12458 Collections Center Dr
Chicago IL 60693


Sara Dougherty
5452 NE Wedgewood Ct
Lee's Summit MO 64064


Scott Johnson
885 N Somerset Terrace Apt 203
Olathe KS 66062


Sharon Pellatt
SB220 Todd Road
Eau Claire WI 54701


Sharon Pellatt
S 8220 Todd Road
Eau Claire WI 54701


SHRM of SouthWest Kansas
PO Box 2401
Garden City KS 67846


Sonora Quest Laboratories
1255 West Washington Street
Tempe AZ 85281

Spangler Flory LLP
526 Water Street
Eau Claire WI 54703


Standard Insurance Company
PO Box 5676
Portland OR 97228-5676


Stephen James
Husch Blackwell
4801 Main Street, Ste 1000
Kansas City MO 64112


Stericycle, INC.
P.O. Box 6575
Carol Stream IL 60197-6575


Surency Life and Health
PO Box 843810
Kansas City MO 64184-3810


Tammy Bailes
2110 N. Sunflower St.
Garden City KS 67846


Tara Reichman
14437 East Amelia Drive
Villard MN 56385


TCA Global
19950 W Country Club Dr #101
Aventura FL 33180


TCA Global
Robert Press
19950 W Country Club Dr #101
Aventura FL 33180


TCA Global Credit Master Fund
Robert Press
First Floor
19950 W. Country Club Dr,
Miami FL 33180

Team Office
316 Southwest Blvd.
Kansas City MO 64108


Teresa Van Gelder
5488 20th Avenue
Eau Claire WI 54703


Todd P & Laurie Mendon
3904 W 66th Street
Prairie Village KS 66208


Tolly Gore
1703 Heritage Road
Pittsburg KS 66762


Tracee L Stout
Ronald Weiss
Berman Deleve Kuchan & Chapman
2850 City Ctr Sq, 1100 Main
Kansas City MO 64105


Tracy and Jim Fry
9007 West 194th Terrace
Bucyrus KS 66013


Tracy Fry
9007 West 194th Terrace
Bucyrus KS 66013


Tracy Fry
9007 W 194th Terrace
Bucyrus KS 66013


Tracy Wooten
10203 Wheeling Ave.
Kansas City MO 64134


Trinity Medical Group
Attn: Brenda Weber-Fiscal Dept
PO Box 5020
Minot ND 58702

True North/Capital Solutions
12751 World Plaza Lane
Fort Myers FL 33907


ULINE
PO Box 88741
Attn: Accounts Receivable
Chicago IL 60680-1741


UMB HSA Processing
PO Box 219531
Kansas City MO 64121-9531


Uniforms & More
1156 W. 103rd St.
Kansas City MO 64114


US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City KS 66101


US Attorney
US Courthouse
400 E 9th   5th Fl
Kansas City MO 64106


Value Center Pharmacy
2157 Eastridge Center
Eau Claire WI 54701


Verizon Wireless
PO Box 25505
Lehigh Valley PA 18002-5505


Vince VanBecelelere
1001 South Rouse Street
Pittsburg KS 66762


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream IL 60197-6434

Wells Fargo Leasing
MACN005-055
800 Walnut Street
Des Moines IA 50309-3605


Wellsource, Inc
PO Box 569
Clackamas OR 97015


Willard Grove
6532 Charlotte
Kansas City MO 64131


Wisconsin Dept of Revenue
PO Box 8901
Madison WI 53708


Worthington Direct
6301 Gaston Ave Suite #670
P.O. Box 140038
Dallas TX 75214-0038


Yellow Pages United
PO Box 53282
Atlanta GA 30355


Yellowstone Capital, LLC
c/o Merchant Funding Services
9458 Collins Avenue
Surfside FL 33154

# United States Bankruptcy Court
## District of Kansas

In re   Wellness Innovation and Nursing Services, Inc.           Case No.
                                    Debtor(s)          Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 13, 2015                  /s/ Tracy L Fry
                                        Tracy L Fry/President/CEO
                                        Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   Wellness Innovation and Nursing Services, Inc.        Case No. _____
Debtor(s)       Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Wellness Innovation and Nursing Services, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| April 13, 2015 | /s/ Joanne B. Stutz KS |
| Date | Joanne B. Stutz KS #12365; MO #30820 |
| | Signature of Attorney or Litigant |
| | Counsel for   Wellness Innovation and Nursing Services, Inc. |
| | Evans & Mullinix, P.A. |
| | 7225 Renner Road, Suite 200 |
| | Shawnee, KS 66217 |
| | (913) 962-8700 Fax:(913) 962-8701 |